**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **SHERI SAWYER, as personal representative of the estate of THOMAS RANDALL SAWYER, JR.,** | : |
| | : |
| Plaintiff, | : |
| vs. | :    CA 21-0128-KD-MU |
| **COOPER TIRE & RUBBER COMPANY and JOSEPH DANIEL COGGIN,** | : |
| | : |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 5, 2021 (doc. 15), is **ADOPTED** as the opinion of this Court.

In its objection, Cooper Tire & Rubber Company insists that the Magistrate Judge applied an incorrect legal standard to determine whether the deceased was a guest in the vehicle. Cooper Tire is incorrect. This is not a summary judgment motion where plaintiff Sheri Sawyer is required to present sufficient evidence from which a reasonable factfinder could find in her favor. Instead, the law requires the Court to find that there is "**no possibility** the plaintiff can establish a cause of action against" defendant Joseph Daniel Coggin, before it determines that Coggin was fraudulently joined (doc. 15, p. 9) (emphasis added).

Based on Sawyer's testimony, the Court is unable to say that there is no possibility that Sawyer could prove her claim against Coggin.

Accordingly, Sawyer's motion to remand (Doc. 8) is **GRANTED** and this action is **remanded** to the Circuit Court of Mobile County, Alabama.

DONE and ORDERED this the 3rd day of November 2021.

                s/ Kristi K. DuBose
                KRISTI K. DuBOSE
                UNITED STATES DISTRICT JUDGE